**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Reza Yazdian, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-CV-951 |
| | ) |
| vs. | ) |
| | ) |
| ConMed Endoscopic Technologies, Inc., | ) |
| | ) |
| Defendant. | ) |

O R D E R

By agreement of the parties, this case is dismissed with prejudice.

**IT IS SO ORDERED**

Date December 11, 2015                                s/Sandra S. Beckwith
                                                                Sandra S. Beckwith
                                                       Senior United States District Judge